UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| VICKIE WALKER, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 3:17–CV–00313 |
| | § | |
| UNIVERSITY OF TEXAS MEDICAL | § | |
| BRANCH–GALVESTON, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Pending before the Court is the Memorandum and Recommendation of United States Magistrate Judge Andrew M. Edison. On June 26, 2018, Defendant UTMB's Partial Motion to Dismiss (Dkt. 22) was referred to Judge Edison for report and recommendation. Dkt. 25. On July 3, 2018, Judge Edison filed a Memorandum and Recommendation recommending that Defendant UTMB's Partial Motion to Dismiss be granted, and Plaintiff Vickie Walker's Title VII retaliation claim be dismissed.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that:

(1)     Judge Edison's Memorandum and Recommendation is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2)     Defendant UTMB's Partial Motion to Dismiss (Dkt. 22) is **GRANTED**; and

(3)     Plaintiff Vickie Walker's Title VII retaliation claim is **DISMISSED**.

It is so **ORDERED**.

SIGNED at Galveston, Texas, this 13th day of August, 2018.

**George C. Hanks Jr.**
**United States District Judge**